UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marcus Mable, Jr.

Plaintiff,

v.

ORDER
Civil No. 01-1229(MJD/ESS)

Sgt Melissa,

Defendant.

---

The above-entitled matter comes before the Court upon the Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge E.S. Swearingen dated July 18, 2001, which recommends that this action be summarily dismissed.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated July 18, 2001.

IT IS HEREBY ORDERED:

1. Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No. 2] is DENIED.

2. This Action is Summarily Dismissed pursuant to 28 U.S.C. § 1915A(b)(1); and

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $150 fee, in accordance with 28 U.S.C. § 1915(b)(2); and

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 20 2001
DEPUTY CLERK

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief can be granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: Sept. 19, 2001

Michael J. Davis
United States District Court