# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marcus Mable, Jr.

Plaintiff

v.

Sgt. Melissa

Defendants

Case No. Civil 01-1229 MJD/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee, namely the full $150 fee. This action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief can be granted.

DATE: September 19, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk